[No. 12813–6–II.   Division Two.   May 15, 1990.]

S.C. SMITH, *Appellant,* v. JULE M. SUGARMAN,
*as Secretary of the Department of Social
and Health Services, Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 88–2–02017–2, Carol A. Fuller, J., entered May 1, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, JJ.

[No. 12665–6–II.   Division Two.   May 15, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL
NORMAN DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 6563, Gary W. Velie, J., entered February 24, 1989. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 12550–1–II.   Division Two.   May 15, 1990.]

SHIRLEY L. RUCKMAN, *Appellant,* v. DONALD AVERY
GEYER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–02355–4, J. Kelley Arnold, J., entered December 16, 1988. *Affirmed* by unpublished per curiam opinion.